**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Gethsemani Baptist Church, | No. CV-24-00534-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| City of San Luis, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Status Report (Doc. 31). The Court understands the Joint Status Report to withdraw Plaintiff's Motion for Preliminary Injunction (Doc. 8) without prejudice and Defendants' Motion to Dismiss (Doc. 24) without prejudice pending Plaintiff's filing an Amended Complaint by June 4, 2024.

**IT IS THEREFORE ORDERED**, Plaintiff's Motion for Preliminary Injunction (Doc. 8) is withdrawn without prejudice.

**IT IS FURTHER ORDERED** Defendants' Motion to Dismiss (Doc. 24) is withdrawn without prejudice.

Dated this 29th day of May, 2024.

G. Murray Snow
Chief United States District Judge